

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of H.C.

No. 06-18-00006-CV

Appeal from the County Court of Lamar County, Texas (Tr. Ct. No. 23-CJV-17). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 3, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk